# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL CASE** |
| | **No. 1:22-CR-00414-SCJ** |
| v. | |
| **MICHAEL DWAYNE BANKS,** | |
| Defendant. | |

## ORDER

This action is scheduled for jury trial on October 14, 2025. Defendant, through counsel[1] has filed a Motion for Order to Show Cause why the Warden and Chief of Security of the Robert A. Deyton Detention Facility Should Not Be Held In Contempt. Doc. No. [136].

---

[1] Defendant has been representing himself in this matter with Attorney Lynsey Barron as stand-by counsel. Doc. No. [89]. However, the September 18, 2025 filing includes a handwritten, signed statement by Defendant that he wishes to have Ms. Barron take over his representation in this matter. Doc. No. [136-1].

On March 14, 2025, this Court entered an order requiring that the Robert Deyton Detention Facility ("RADD") allow Defendant up to ten (10) hours per week of access to the law library to allow him to prepare for trial. Doc. No. [110]. Defense counsel asserts that RADD has not complied with this Order. The Motion for Show Cause Order alleges that Defendant has had very few opportunities to visit the library in the last month and has not been allowed to do so at all in last nine days. Doc. No. [136], 4. Given the fast-approaching trial date of October 14, 2025, this Court is concerned that its clear and specific order of March 14, 2025 is being ignored by officials at RADD.

Accordingly, the Motion for Order to Show Cause why the Warden and Chief of Security of the Robert A. Deyton Detention Facility Should Not Be Held In Contempt (Doc. No. [136]) is **GRANTED**. The Warden and Chief of Security for RADD shall appear before the Court at 9:30 a.m. on September 25, 2025, Courtroom 1907 of the Richard B. Russell Federal Building, 75 Ted Turner Dr., S.W., Atlanta, GA 30303, to show cause why they should not be held in contempt. In addition to the Warden and Chief of Security of RADD, Defendant, his counsel, and the assigned assistant United States Attorney shall be present for this hearing.

2

The Clerk is **DIRECTED** to provide copies of this order the United States Marshal Service for service upon the Warden and Chief of Security of RADD.

**IT IS SO ORDERED** this 19th day of September, 2025.

/s/ Steve C. Jones
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**
